UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 08444
    FRANKLIN A SCHULTZ

                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-1965

--------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/04/04 and confirmed on 05/07/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21950.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 14194.64 | .00 | 3026.13 |
| US BANCORP EQUIPMENT FIN | UNSECURED | 35748.90 | .00 | 7621.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8185.04 | .00 | 1744.96 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 8116.95 | .00 | 1730.44 |
| CAPITAL ONE FINANCIAL | UNSECURED | 898.56 | .00 | 191.56 |
| CATERPILLAR | UNSECURED | NOT FILED | .00 | .00 |
| NUMARK CREDIT UNION | UNSECURED | 7164.41 | .00 | 1527.37 |
| VISTA MEDICAL CENTER EAS | UNSECURED | 8351.55 | .00 | 1780.45 |
| NUMARK CREDIT UNION | UNSECURED | 3738.84 | .00 | 797.08 |

           Summary of disbursements:
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 86398.89 | .00 | 86398.89 |
| PRINCIPAL PAID | .00 | .00 | 18419.24 | .00 | 18419.24 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 18419.24 | .00 | 18419.24 |

The Debtor's attorney, DAVID M SIEGEL         , was allowed $  2700.00
and was paid $   456.00  direct and $   2244.00  through the plan.

The Trustee received $    936.76 .

Refunds to the Debtor totaled $    350.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 10/15/07                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

                          PAGE  2
CASE NO. 04 B 08444 FRANKLIN A SCHULTZ